# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MATTHEW J. SNYDER, EXECUTOR OF THE ESTATE OF ROBERT F. SNYDER, JR.

         v.

BRECKNOCK TOWNSHIP, FIORENZO FERRETTI, AND CHRISTINE FERRETTI

PETITION OF: BRECKNOCK TOWNSHIP

: No. 47 MAL 2016
:
: Petition for Allowance of Appeal from the Order of the Commonwealth Court

MATTHEW J. SNYDER, EXECUTOR OF THE ESTATE OF ROBERT F. SNYDER, JR.,

         Petitioner

         v.

BRECKNOCK TOWNSHIP, FIORENZO FERRETTI, AND CHRISTINE FERRETTI,

         Respondents

: No. 60 MAL 2016
:
: Cross Petition for Allowance of Appeal from the Order of the Commonwealth Court
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of June, 2016, the Petitions for Allowance of Appeal are **DENIED**.